UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Everson R Francis

        Plaintiff(s),

v.

Heritage Glen Townhomes

        Defendant(s).
_____/

Case No.  2:09-cv-13455

Judge Robert H Cleland

Magistrate Judge  Virginia M Morgan



FILED
OCT -9 2009
CLERK'S OFFICE
DETROIT

**AMENDED** ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

The following documents were delivered to the United States Marshals for service of process:

1) Order Directing Service;

2) Summons or Waiver of Summons forms;

3) __4__ copy(ies) of Complaint.

Date: October 9, 2009

s/ S. Schoenherr
Deputy Clerk

**ACKNOWLEDGMENT**

UNITED STATES MARSHAL SERVICE

Date: 10/9/09

Woods
Signature or Stamp