UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVERSON R. FRANCIS,

    Plaintiff,

v.	Case No. 09-13455

HERITAGE GLEN TOWNHOUSE, et al.,

    Defendants.
    _____/

**ORDER DENYING PLAINTIFF'S MOTION TO REINSTATE CASE**

    Pending before the court is Plaintiff's third motion to reopen this case. On December 30, 2009, the court denied Plaintiff's first two motions to reopen because they were filed after Plaintiff filed notices of appeal and the court therefore lacked jurisdiction. This motion has likewise been filed after Plaintiff filed notices of appeal, and the court thus lacks jurisdiction. Accordingly,

    IT IS ORDERED that Plaintiff's "Motion to Reinstate Case and Consider the Truth" [Dkt. # 43] is DENIED.

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: February 2, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 2, 2010, by electronic and/or ordinary mail.

                              s/Lisa G. Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522